PER CURIAM.
 

 We affirm the summary denial of appellant’s rule 3.850 motion, untimely filed in a criminal ease in which the conviction and sentence became final in 2000.
 

 We note that one of appellant’s issues concerned whether his conviction in this case and in a 1999 case qualified him for
 
 *109
 
 habitual felony offender sentencing in his subsequent 2005 case. This affirmance is without prejudice to his filing a rule 3.800(a) motion in his 2005 case, alleging, if he can, that the record in the 2005 case will demonstrate that the requisite convictions necessary to sentence him as a habitual felony offender do not exist.
 
 Bover v. State,
 
 797 So.2d 1246, 1247 (Fla.2001).
 

 FARMER, TAYLOR and MAY, JJ., concur.